UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- x

Darryl Alexander,

                                        Plaintiff,

**STIPULATION AND ORDER OF DISMISSAL**

-against-

16-CV-5889 (PKC) (VMS)

The City of New York, et al.,

                                        Defendants.

-------------------------------------------------------------------------- x

       **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

       1.     The above-referenced action is hereby dismissed with prejudice; and

**REMAINDER OF PAGE INTENTIONALLY LEFT BLANK**

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
_____, 2018

BRETT H. KLEIN, ESQ. PLLC
*Attorneys for Plaintiff*
305 Broadway, Suite 600
New York, New York 10007
(212) 335-0132

By: _____
Brett H Klein
*Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants City of New York,
  Gallagher, Robertson, and Epstein*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____ 10/1/18
Kiran Rosenkilde
*Assistant Corporation Counsel*

SO ORDERED:

_____
HON. PAMELA K. CHEN
UNITED STATES DISTRICT JUDGE

Dated: _____, 2018